FILED: March 2, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 17-4067
(9:15-cr-00380-MBS-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

TRAY JABARRI GRAVES

Defendant - Appellant

---

O R D E R

---

The court grants the application to proceed under the Criminal Justice Act.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk